JS-6

1  ANDERSON LAW FIRM
2  MARTIN W. ANDERSON, State Bar No. 178422
   2070 North Tustin Avenue
3  Santa Ana, California 92705
   Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
   E-mail: martin@andersonlaw.net
4
5  LAW OFFICE OF JEFFREY KANE
   JEFFREY KANE, State Bar No. 183974
6  20902 Brookhurst Street, Suite 210
   Huntington Beach, California 92646
7  Tel: (714) 964-6900 ▪ Fax: (714) 964-6944
   E-mail: lemnlaw@aol.com

8  Attorneys for Plaintiff Road Writer, LLC

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                 **SOUTHERN DIVISION**

12

13  ROAD WRITER, LLC,                    Case No. SA CV 08-354 JST (ANx)

14                                       Hon. Josephine Staton Tucker
                        Plaintiff,       Courtroom 10A
15
                                         [~~PROPOSED~~] JUDGMENT ON
16  v.                                   RULE 68 OFFER

17                                       Complaint Filed: April 2, 2008
    MONACO COACH CORPORATION,            Trial Date: January 25, 2011
18
19                      Defendant.

20
21        Defendant has made a Rule 68 Offer of Judgment and Plaintiff has accepted

22  the offer. Accordingly, the Court grants this Judgment in favor of Plaintiff Road

23  Writer, LLC and against Defendant DeMartini RV Sales in the amount of $25,000.

24
25
26
27
28

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

1    Plaintiff Road Writer, LLC shall also recover court costs and reasonable

2    attorney fees from Defendant DeMartini RV Sales in the amount of

3    $_____, to be determined by the Court upon noticed motion.

4         This Judgment is subject to the terms and conditions stated in the offer.

5    DATED:  November 24, 2010

6

7

8                                        NANCY K. BOEHME, DEPUTY CLERK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

- 2 -
[PROPOSED] JUDGMENT ON RULE 68 OFFER